UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

LIEBHERR-AMERICA, INC. D/B/A
LIEBHERR USA, CO.

- against -

NATIONAL SHORING, LLC

---

CIVIL ACTION NO.

MARCH 23, 2023

## COMPLAINT

### PARTIES

1. The Plaintiff, LIEBHERR-AMERICA, INC. (Liebherr), is a Virginia corporation located in Newport News, Virginia, and does business as LIEBHERR USA, CO.

2. The Defendant, NATIONAL SHORING, LLC (National), is a Connecticut limited liability company located in Waterford, Connecticut.

### JURISDICTION AND VENUE

3. This court has jurisdiction pursuant to 28 USC Section 1332 in that the parties are of diverse citizenship and the amount in controversy exceeds $75,000. Venue is appropriate in this district as it is where the Defendant is physically located.

### BREACH OF LEASE AGREEMENT / RENTAL PURCHASE OFFER

4. In April 2022, the Plaintiff leased to National a Liebherr Model THS110D5-K

       Crawler Pump, Serial Number 162923072, pursuant to the terms specified in a written agreement, attached hereto as Exhibit A.

5. National defaulted on the subject lease. Demand was made on it through the Plaintiff via emails and phone calls beginning on or about October 13, 2022, which were ignored by the Defendant.

6. On or about January 4, 2023, the Defendant notified the Plaintiff via a phone call that they wanted to convert the lease to a purchase.

7. On or about January 6, 2023, an invoice was created for the Crawler Pump but no payments have been made. A copy of the invoice is attached hereto as Exhibit B.

8. There is currently due the Plaintiff the sum of $204,310.35 due under the lease / rental purchase offer.

WHEREFORE, THE PLAINTIFF CLAIMS:

1. Money damages for breach of the lease / rental purchase offer against National;

2. Post judgment interest;

3. Such other relief as this court may deem in equity.

THE PLAINTIFF

By _____
Christopher G. Winans, Esq.
98 Mill Plain Road, Suite 2A
Danbury, CT  06811
Tel: 203.748.4888
E-mail: chris@cgwinansesq.com
(ct02254)

# LIEBHERR

4800 Chestnut Avenue, Newport News, VA 23607-2420 Office: (757) 928-8547

Customer:

**National Shoring LLC**
Alan Bove
1110 Hartford Turnpike
Waterford, Connecticut 06385
Phone: +1 (860) 460-9879
Fax: +1
Mobile: +1
Email:
Internet:



## Rental Purchase Offer

Date: 3/1/2022
Newport News, VA
Clint Nichols
Regional Sales Manager - SE
(757) 621-1196
clint.nichols@liebherr.com
Quote Expires: 30 days from the quote date

Quote No.: **QUO-22-000104**
Model #: **Crawler Pump THS110 K-D4F**
Project Description : **THS110D-K 6-Month Rental - No purchase guarantee**

Dear **Alan Bove**,

We take pleasure in providing you with a non-binding offer, subject to our General Terms and Conditions of Sale and to the parties entering into a final Sales Offer, regarding the following Equipment:

# LIEBHERR

4800 Chestnut Avenue, Newport News, VA 23607-2420 Office: (757) 928-8547

**LIEBHERR CRAWLER CONCRETE PUMP Crawler Pump THS110 K-D4F**

## A) PERFORMANCE DATA

### Pump Specifications

| | |
|---|---|
| Max. concrete output | |
|    rod side | 133 cu yd/h (102 cu m/h) |
|    piston side | 81 cu yd/h (62 cu m/h) |
| Max. concrete pressure | |
|    rod side | 1090 psi (75 Bar) |
|    piston side | 1815 psi (125 Bar) |
| Pump cycles | |
|    rod side | 38 strokes/min |
|    piston side | 23 strokes/min |
| Conveying cylinder | 8" x 55" (200 x 1400 mm) |
| Stroke volume / double stroke | 3.1 ft3 (88 L) |
| Max. hydraulic pressure | 2 1/2" (63.5 mm) |
| Hydr. drive cylinders (D piston / D rod x stroke) | 5" / 3.15" x 55" (125 / 80 x 1400 mm) |
| Oil tank capacity | 92.5 gal. |
| Hopper capacity | 21.2 ft3 (600L) |
| Water tank capacity | 132 gal. |
| Water pump pressure | 291 psi (20 bar) |
| Chrome Lined Concrete Cylinders | yes |
| Automatic Piston Oilers | N/A |
| Lincoln Auto lube for S-Valve & Augers | yes |
| Hydraulic Circuit Type | Open Loop Circuit |
| Output Control | |
| Inlet Opening in Hopper for Concrete Cylinders | |

## B) SCOPE OF SUPPLY

- stationary operation panel (24V)
- dual drive shaftless agitator
- cleaning cover DN 125 and 2 sponge rubber balls
- tool box with basic tools
- water pump 290 PSI (20 bar) with water hose and nozzle
- proportional radio and cable remote control
- spot light for lighting the hopper
- automatic piston oilers at concrete cylinders by waterbox
- automatic central grease lubrication for s-valve and agitator (Lincoln Lube)
- safety control for agitator shut-off
- stainless steel hopper cover, foldable
- vibrator on hopper (24V)
- emergency stop actuation

# LIEBHERR

4800 Chestnut Avenue, Newport News, VA 23607-2420 Office: (757) 928-8547

- horn at rear boom support
- horn with mushroom button at the hopper
- emergency spare parts kit (electrical parts) according list
- 2 sets of operation manuals and spare parts lists
- diagnosis-system for easy failure search and elimination
- primary oil cooler with standard hydraulic drive fan
- additional hydraulic oil cooler, electrical (24V)
- two additional redundant cycle systems built into pump

PHB

Quote #QUO-22-000104

Page 3/ 8

# LIEBHERR

4800 Chestnut Avenue, Newport News, VA 23607-2420 Office: (757) 928-8547

## C) AGREEMENT SUMMARY

**Lessee Details:**

Alan Bove
National Shoring LLC
1110 Hartford Turnpike
Waterford, Connecticut 06385
(860) 460-9879, (860) 460-9879

**Delivery Address:**

1110 Hartford Turnpike
Waterford, Connecticut 06385
(860) 460-9879

| Allowable hours | 200 | Per Month |
|---|---|---|
| Rent Term | 6 | Month(s) |
| Commencement Date (if known) | 4-29-2022 | |
| Availability Date | 4-29-2022 | |

FCA - LUS - Transport not Included, Customer Picks up goods at Liebherr-Newport News. Liebherr USA CO., Newport News, VA

Sales taxes applied in VA, unless a Customer Tax Exempt certificate is provided for Virginia. Invoice is issued when goods leave Liebherr location.

| | |
|---|---|
| Monthly Rental Rate | $ 12,750.00 |
| Transportation to Job site | $ 0 |
| Transportation from Job site | $ 0 |
| Training Charges | $ 0 |
| Misc. Charges | $ 0 |
| Processing Fee | $ 0 |
| Dealer License Fee | $ 0 |
| Warranty | $ 0 |
| Deposit Amount | $ 12,750.00 |
| Total Charges | $ 25,500.00 |
| Deposit Due Date | 4-18-2022 |

| | Description |
|---|---|
| Liebherr Model | Crawler Pump THS110 K-D4F |

| | |
|---|---|
| Total Pump Price | $ 224,500.00 |
| Insured Value | $ 224,500.00 |
| Total rental amount for the term | $ 76,500.00 |

**Pickup Address**

Liebherr USA, Co.
4800 Chestnut Avenue
Newport News, Virginia, 23607
(757) 928-8547

**Return Address**

Liebherr USA, Co.
4800 Chestnut Avenue
Newport News, Virginia, 23607
(757) 928-8547

**Notes:**

*** 6-month rental - customer has option to extend rental term in 3 month increments at the conclusion of the original rental term ***

*PHB*

Quote #QUO-22-000104                                                                                   Page 4/ 8

# LIEBHERR

4800 Chestnut Avenue, Newport News, VA 23607-2420 Office: (757) 928-8547

## D) CALCULATION SHEET

|  | Description | Price |
|---|---|---|
| Pump | Crawler Pump THS110 K-D4F | $ 224,500.00 |
| Chassis | N/A N/A | $ 0 |
| Selected Options |  |  |
| **Total Pump Price** |  | **$ 224,500.00** |
| Insured Value |  | $ 224,500.00 |
| **Total amount due at the beginning of the lease** | | |
| Monthly Rental Rate |  | $ 12,750.00 |
| Transportation to jobsite |  | $ 0 |
| Transportation from jobsite |  | $ 0 |
| Training Charges |  | $ 0 |
| Misc. Charges |  | $ 0 |
| Processing Fee |  | $ 0 |
| Dealer License Fee |  | $ 0 |
| Warranty |  |  |
|  | Standard Warranty | Included |
|  | Standard Liebherr Warranty Terms (see annex and sign page 6) | $ 0 |
| Gross Quote Amount |  | $ 12,750.00 |
| Deposit Amount |  | $ 12,750.00 |
| **Total amount due at the beginning of the lease** |  | **$ 25,500.00** |

| Gross Purchase Price Calculation | | |
|---|---|---|
| Monthly Rental Amount |  | $ 12,750.00 |
| Rental Term (in Months) |  | 6 |
| Total Rental Amount |  | $ 76,500.00 |
| Allowable Hours Per Month |  | 200 hours |
| % Credit for Rent Paid |  | 80 % |
| Credit Amount |  | $ 61,200.00 |
| Total Pump Price |  | $ 224,500.00 |
| Deposit Amount |  | $ 12,750.00 |
| **Gross Purchase Price at the end of the lease** |  | **$ 150,550.00** |

*PHB*

Quote #QUO-22-000104                                                                                    Page 5/ 8



4800 Chestnut Avenue, Newport News, VA 23607-2420 Office: (757) 928-8547

### Purchase Option:

Lessee shall have the option, if not in default hereunder, to purchase the Equipment as a whole, but not in part, with the warranty stated herein if it is still in effect (otherwise as-is, where-is with no warranty whatsoever except as to title) at any time within or upon expiration date of this Agreement, upon payment of the purchase option amount defined as:

| Month(s) of Rental Period | Gross Purchasing Price | % Credit for Rent Paid |
|---|---|---|
| 6 | $ 150,550.00 | 80 % |

***Customer has option to return pump at end of second month and end the RPO at their discretion – deposit will be refunded once pump is inspected and found to be in workable condition***

*** If customer elects to purchase equipment, and funds are received prior to the end of the 6 month rental period, 100% of rent paid will be applied to the purchase price of the equipment *** Subject to the terms and conditions contained herein and the General Terms and Conditions attached hereto, Liebherr USA, Co., LMT Division - Concrete Equipment ("Liebherr") hereby offers to rent to customer ("Lessee") the equipment listed herein (the "Equipment"). This remains an offer of rental, and is subject to prior rental or sale of the Equipment to a third party, until it has been fully executed by both Lessee and Liebherr. Further, the terms of this offer are subject to change by Liebherr if it is not executed by Lessee and returned to Liebherr within fourteen (14) days of receipt by Lessee. By executing this offer, Lessee acknowledges that it has read the terms and conditions contained herein and the General Terms and Conditions attached hereto and further acknowledges that it accepts and approves such terms and conditions. Upon execution by Lessee and approval by Liebherr as specified below, this offer (including the General Terms and Conditions and other attachments hereto) will comprise the rental agreement for the Equipment (the "Agreement"). This Agreement is not fully executed until it has been approved and signed by an authorized Liebherr officer under "Liebherr Management Approval" below.

Delivery: Delivery of the Equipment will be to Lessee's job site as set forth on the first page hereof at such time as may be agreed between the parties, but not before Liebherr has received from Lessee (i) a copy of this Agreement signed by Lessee, (ii) a certificate or other evidence of the insurance required by Section 4 of the General Terms and Conditions attached hereto, satisfactory to Liebherr in its sole discretion, and (iii) the exact location of the job site. All delivery, both to the job site and from the job site, is at Lessee's cost and risk. Liebherr will supply a service technician to assist in the assembly of the Equipment at the job site upon delivery thereto, and also for disassembly at the job site and inbound inspection after arrival of the Equipment at Liebherr. Liebherr will charge Lessee for such services as provided herein. Maintenance and Repair: Lessee, at its expense, shall perform all normal, periodic and other basic service adjustments and lubrication requirements including the replacement of expendable materials (including but not limited to cable, clutch and brake bands, hydraulic oils, hoses, batteries, oil and fuel filters and all lubricants), and keep the Equipment in good condition and working order, furnishing all parts and labor required therefor. Term/Return: The term of this Agreement shall commence on the earlier of the date shown on the first page hereof or the date of delivery of the Equipment by Liebherr to Lessee or Lessee's carrier for delivery to Lessee's job site (the "Commencement Date"), and shall terminate on the date on which the Equipment is returned to Liebherr at the return address specified on the first page hereof, but not sooner than the expiration of the Rental Term specified on the first page hereof. Lessee's obligation to pay rent to Liebherr will commence on the Commencement Date and will continue until at least the expiration of the Rental Term, even if the Equipment is returned prior

# LIEBHERR

4800 Chestnut Avenue, Newport News, VA 23607-2420 Office: (757) 928-8547

to the expiration of the Rental Term. If Lessee returns the Equipment prior to the expiration of the Rental Term, the then-unpaid total rent for the balance of the Rental Term shall become immediately due and payable to Liebherr. If Lessee retains the Equipment after the expiration of the Rental Term specified on the first page hereof, such retention shall be construed as continuance of this Agreement, subject to immediate termination by Liebherr at any time, on a month-to-month basis, at the same monthly rental rate and under the same terms and conditions specified herein, until the Equipment is returned to Liebherr in accordance with this Agreement. All rental payments shall be made within thirty (30) days of receipt of invoice therefor. All other charges are due on receipt by Lessee of Liebherr's periodic invoice therefor. On expiration or sooner termination of this Agreement, Lessee shall, at its expense, return the Equipment to Liebherr at the return address specified on the first page hereof in the same condition as received, ordinary wear from normal use by competent personnel excepted. Lessee will notify Liebherr regarding the return of the Equipment, in writing, at least one (1) week prior to its return. The Equipment shall be returned with the same amount of fuel as it contained when originally delivered to Lessee; failure to do so will result in refueling charged to Lessee at a rate of USD 6.50 per gallon. Physical location: Except for the return to Liebherr in accordance with the terms of this Agreement, the Equipment may not be relocated from the job site specified on the first page hereof without the prior written approval of Liebherr. CARB Regulations (APPLIES ONLY TO EQUIPMENT USED WITHIN CALIFORNIA): Lessee is responsible for compliance with §2449in Title 13, Division 3, Chapter 9, Article 4.8of the California Code of Regulations ("CARB Regulations"), including but not limited to the idling limits set forth in §2449(d)(2)(A) of the CARB Regulations. PROPOSITION 65 WARNING: Breathing diesel engine exhaust exposes you to chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. Always start and operate the Equipment in a well-ventilated area. If in an enclosed area, vent the exhaust to the outside. Do not modify or tamper with the exhaust system. Do not idle the engine except as necessary. For more information go to www.P65warnings.ca.gov/diesel. ANY SPECIFICATION SHEETS AND THE GENERAL TERMS AND CONDITIONS ATTACHED HERETO ARE PART OF THIS AGREEMENT/OFFER AND ARE INCORPORATED HEREIN BY REFERENCE.

**Liebherr Representative**

By: _[signature]_
Name: Guilherme Zurita
Title: Divisional Director - Concrete Division
Date: 03/04/2022

**Liebherr Management Approval**

By: _Dr. Tim Gerhardt_ (DocuSigned: 1ECE0C4C879442C...)
Name: Tim Gerhardt
Title: Managing Director
Date: 4/15/2022

**Lessee Representative**

By: _[signature]_
Name: ~~Alan Bove~~ Peter H Bove
Title: ~~Owner~~ member
Date: 3/2/2022
PO Number: TERS

PHB

Quote #QUO-22-000104

EXHIBIT B

# LIEBHERR

Liebherr USA, Co.
4800 Chestnut Ave, Newport News, VA 23607

NATIONAL SHORING LLC
1110 HARTFORD TURNPIKE
WATERFORD, CT
06385-4033

Delivery Address
NATIONAL SHORING LLC
37 BERKSHIRE RD.
SANDY HOOK, CT
06482-1336

**Original**
Subject to the present terms of delivery and payment

**Invoice**
DAR 15012964

| Machine No. | Order No. | Supplier No. | Customer No. | Invoice No. | Invoice Date | Page |
|---|---|---|---|---|---|---|
| THS110D-K CR 162923072 | 231441 / 015 | | 702962 | DAR15012964 | 01-06-2023 | 1 of 2 |

| | | | | |
|---|---|---|---|---|
| Order Date | 12-01-2022 | Name | MONAHAN, Kristin | |
| Reference A | Clint Nichols | Phone | +1 757 240 4250 | |
| Reference B | 162923072 | Fax | | |
| Customer Order No. | QUO-22-000104 | E-mail | kristin.monahan@liebherr.com | |

| Pos. | Project No. Description | Article No. | CC | Quantity | UQ | Unit price | Discount Delivery Date | Total price |
|---|---|---|---|---|---|---|---|---|

1 X LIEBHERR THS110D-K4F CRAWLER PUMP, SN 162923072, AS PER QUOTE REFERENCED ABOVE AND DATED MARCH 1, 2022.

**Delivery Note**   :   **574561**        delivered on:   01-06-2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 805249 | 001 | | 9 | 1.00 | Pcs | 224,500.00 | 224,500.00 |
| | THS110D5-K CRAWLER PUMP | | | | | | | |
| 2 | 805249 | 0012913 | | | -1.00 | Pcs | 12,750.00 | -12,750.00 |
| | RENTAL DEPOSIT | | | | | | | |
| 3 | 805249 | 0011682 | | | -1.00 | hr | 20,400.00 | -20,400.00 |
| | SALES CREDIT | | | | | | | |
| | TWO MONTHS RENTAL 25,500.00 AT 80% | | | | | | | |
| 5 | 805249 | 0010181 | | | 1.00 | Pcs | 6,000.00 | 6,000.00 |
| | COMMISSIONING | | | | | | | |
| 6 | 805249 | 0011688 | | | -1.00 | hr | 6,000.00 | -6,000.00 |

Shipping mode (Incoterms 2020)
FCA/free carrier
(Liebherr USA site)

Gross weight

Net weight

Terms of payment
according contractual agreement

---

Liebherr America Inc. dba
**LIEBHERR USA, Co.**

Tel: +1 757-240-4250
lus-accountsreceivable@liebherr.com
www.liebherr.com

French VAT- ID - Cose ID.  TVA: FR 26 823400881
German VAT - ID - DE 311716432

Check Payment:
PO Box 603928
Charlotte, NC 28260-3928
USD Wires:
Wells Fargo Bank
Routing NO: 121000248
SWIFT: WFBIUS6S
Account No.: 4705116937

Overnight Check Payment:
Lockbox Services 603928
1525 West W.T. Harris Blvd 2C2
Charlotte, NC 28262
EURO Wires:
Deutsche Bank
SWIFT: DEUTDESS630
IBAN DE04 6307 0088 0205 5960 00

**LIEBHERR USA, Co.**

KM

We reserve the title to the goods until payment is made in full.

# LIEBHERR

Subject to the present terms of delivery and payment

| Machine No. | Order No. | Supplier No. | Customer No. | Invoice No. | Invoice Date | Page |
|---|---|---|---|---|---|---|
| THS110D-K CR | 231441 / 015 | | 702962 | DAR15012964 | 01-06-2023 | 2 of 2 |
| 162923072 | Order Date  12-01-2022 | | Name   MONAHAN, Kristin | | | |
| | Reference A  Clint Nichols | | Phone  +1 757 240 4250 | | | |
| | Reference B  162923072 | | Fax | | | |
| | Customer Order No.  QUO-22-000104 | | E-mail  kristin.monahan@liebherr.com | | | |

| Pos. | Project No. Description | Article No. | CC | Quantity | UQ | Unit price | Discount Delivery Date | Total price |
|---|---|---|---|---|---|---|---|---|
| | SALES CREDIT COMMISSIONING | | | | | | | |

| Goods | Costs | Net | Tax | Total USD |
|---|---|---|---|---|
| 224,500.00 | -33,150.00 | 191,350.00 | 12,960.35 | 204,310.35 |

-<eh.   Account needs to current to unblock.

Payment Terms:

12,750.00 deposit (payment rec. 6.14.22 from National Shoring)
-
25,500.00 in rent (payment rec. 11.8.22 from National Shoring and will be credited at 80% to 20,400 on final invoice per sales agreement)
-
204,310.35 due upon receipt of invoice

This sale is subject to the terms and conditions identified at
https://www.liebherr.com/LUS/TermsAndConditions.html

---

Shipping mode (Incoterms 2020)
FCA/free carrier
(Liebherr USA site)

Gross weight

Net weight

Terms of payment
according contractual agreement

---

Liebherr America Inc. dba
**LIEBHERR USA, Co.**
Tel: +1 757-240-4250
lus-accountsreceivable@liebherr.com
www.liebherr.com
French VAT- ID - Cose ID.  TVA: FR 26 823400881
German VAT - ID - DE 311716432

Check Payment:
PO Box 603928
Charlotte, NC 28260-3928
USD Wires:
Wells Fargo Bank
Routing NO: 121000248
SWIFT:  WFBIUS6S
Account No.:  4705116937

Overnight Check Payment:
Lockbox Services 603928
1525 West W.T. Harris Blvd 2C2
Charlotte, NC 28262
EURO Wires:
Deutsche Bank
SWIFT: DEUTDESS630
IBAN DE04 6307 0088 0205 5960 00

**LIEBHERR USA, Co.**

We reserve the title to the goods until payment is made in full.